TRACY L. WILKISON
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number:  209813
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:   Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 21-185-DOC |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT |
| v. | |
| VERLIN SANCIANGCO, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Jennifer L. Waier, having received and reviewed the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Presentence Report for defendant Verlin Sanciangco, submits the government's response to the Presentence Report.

Dated: May 11, 2022               Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  BENJAMIN R. BARRON
                                  Assistant United States Attorney
                                  Chief, Santa Ana Branch Office


                                  *Jennifer L. Waier*
                                  JENNIFER L. WAIER
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America

Defendant Verlin Sanciangco pleaded guilty to a one-count Information charging wire fraud in violation of 18 U.S.C. § 1343.

The Probation Office has determined that defendant's Total Offense Level with acceptance of responsibility is 20 and Criminal History Category is I.  Thus, the advisory guideline sentencing range is 33 to 41 months' imprisonment.  The government agrees with the calculation of defendant's Total Offense Level and Criminal History Category in the Presentence Report.

In accordance with the Plea Agreement and the Presentence Report, the government requests that defendant receive the following low-end sentence: 33 months of imprisonment followed by a two-year term of supervised release.  In addition, defendant should be ordered to immediately pay restitution in the amount of $760,039.34 and a $100 special assessment.