Jessica E. Rico Esq.   SBN 283672
Imhoff & Associates, P.C.
12424 Wilshire Blvd., Ste 700
Los Angeles, CA  90025
(562) 964-9078 phone
(562) 724-9820 fax
jessica@ricolawfirm.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VERLIN SANCIANGCO ,<br><br>    Defendant. | Case No.: 8:21 CR 00185-01<br><br>ORDER ON STIPULATION REGARDING REQUEST FOR TRAVEL OUTSIDE OF CALIFORNIA<br><br>Before the Honorable David O. Carter |

The Court has read and considered the Stipulation Regarding Request to Travel Outside of the California , filed by the parties in this matter on January 19, 2022.  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that support the travel of outside of California.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. Defendant shall be permitted to travel to Dubai, United Arab Emirates for work travel.
2. Defendant shall report to US Pretrial Services prior to departure and within 48 hours of his return.
3. Defendant is requesting to travel for work from July 12, 2022- July 26, 2022 to Dubai, United Arab Emierates.
4. Defendant shall be permitted to obtain and expedited all his passports and within 48 hours of Defendant return to the United States of American shall notify Pretrial Services and turn all his passports over to Pretrial Services.
5. All other conditions are remain in effect.

DATE: July 8, 2022        _David O. Carter_

Hon. Judge David. O. Carter

United States District Judge